UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YAFREXI LOMBERT,

                          Plaintiff,

    -against-

THE CITY OF NEW YORK, POLICE OFFICER
VICENTE FERNANDEZ, POLICE OFFICERS JOHN
DOES 1-3,

                         Defendants.
-----------------------------------------------------------x

STIPULATION OF
ENLARGEMENT OF TIME
FOR DEFENDANT CITY
OF NEW YORK TO
ANSWER OR OTHERWISE
RESPOND TO THE
COMPLAINT

07 CV 5688 (MGC)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendant City of New York's time to answer or otherwise respond to the complaint in this action be enlarged to and including September 4, 2007.

Dated: New York, New York
        _____, 2007

Mr. Richard Cardinale, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242

By: _/s/ Richard Cardinale_
    Richard Cardinale, Esq. (RC 8507)
    Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant City
100 Church Street
New York, New York 10007

By: _/s/ Anna Nguyen_
    Anna Nguyen (AN 6973)
    Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J. Cedarbaum

July 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07