AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

YAFREXI LOMBERT,
              Plaintiff,

VS.

CITY OF NEW YORK, et al.,
              Defendants.

APPEARANCE

Case Number: 07 CV 5688 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| 7/30/2007 | *signature* |
|---|---|
| Date | Signature |
| | ANNA NGUYEN — AN6973 |
| | Print Name — Bar Number |
| | NYC LAW DEP'T, 100 CHURCH ST., ROOM 3-213 |
| | Address |
| | NEW YORK — NY — 10007 |
| | City — State — Zip Code |
| | (212) 788-0971 — (212) 788-9776 |
| | Phone Number — Fax Number |