UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

    Yafrexi Lombert

              Plaintiff(s)

    - against -

    The City of New York, et al.

              Defendant(s)
----------------------------------------X

CASE MANAGEMENT PLAN

07 Civ. 5688 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

    The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

Joinder of additional parties by <u>November 26, 2007</u>

Amend the pleadings by <u>November 26, 2007</u>

All motions other than summary judgment by <u>None</u>

All discovery to be completed by <u>March 11, 2008</u>

Joint Pre-Trial Order to be submitted by <u>April 11, 2008</u>

Final Pre-Trial Conference <u>May 7, 2008 at 10:00 am.</u>

Jury Trial: <u>May 12, 2008 at 9:30 am.</u>


    SO ORDERED.

Dated:    New York, New York
           November 19, 2007

                              MIRIAM GOLDMAN CEDARBAUM
                              United States District Judge